# Court of Appeals
# of the State of Georgia

ATLANTA,___March 12, 2015_____

*The Court of Appeals hereby passes the following order:*

**A15D0285.  FREDERICO ANDRES ESPINAL v. THE STATE.**

Frederico Andres Espinal pled guilty to trafficking in cocaine.  He later filed a motion for out-of-time appeal, which the trial court denied.[1]  Espinal then filed this timely application for discretionary appeal.

The denial of a motion for an out-of-time appeal is directly appealable. *Lunsford v. State*, 237 Ga. App. 696 (515 SE2d 198) (1999); see also *Wetherington v. State*, __ Ga. __ (Case No. S14A1525, decided February 2, 2015) (addressing merits of direct appeal from denial of motion for out-of-time appeal following guilty plea).  Accordingly, this application for discretionary appeal is hereby GRANTED pursuant to OCGA § 5-6-35 (j).  Espinal shall have ten days from the date of this order to file his notice of appeal in the trial court.  OCGA § 5-6-35 (g).  The clerk of the trial court is directed to include a copy of this order in the record transmitted to the Court of Appeals.[2]

---

[1] Although the caption of the order states that the court is "denying" Espinal's motion, the body of the order states the court is "dismissing" it.

[2] Because Espinal also seeks to challenge other rulings of the trial court, we note that OCGA § 5-6-34 (d) will permit him to do so in his direct appeal from the denial of his motion for out-of-time appeal.



*Court of Appeals of the State of Georgia*
   *Clerk's Office, Atlanta,* 03/12/2015
   *I certify that the above is a true extract from*
*the minutes of the Court of Appeals of Georgia.*
   *Witness my signature and the seal of said court*
*hereto affixed the day and year last above written.*

_____ *, Clerk.*